**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MALKESH KIRITBHAI PATEL,

Petitioner,

v.

TODD BLANCHE, in his official capacity as Attorney General, et al.,

Respondents.

Case No.: 3:26-cv-05112-RBM-BJW

**ORDER SETTING BRIEFING SCHEDULE**

Petitioner Malkesh Kiritbhai Patel ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 challenging the constitutionality of his continued immigration detention. (Doc. 1.) On September 24, 2026, the Court granted the Petition in part and ordered Respondents to provide Petitioner "with an individualized bond hearing before an immigration judge **within seven (7) days** of the entry of this Order . . . to determine whether his continued detention is warranted." (Doc. 5 at 2 (emphasis in original).) The Court further ordered that "[a]t the bond hearing, the Government **SHALL** bear the burden of establishing by clear and convincing evidence that [Petitioner] poses a danger to the community or a risk of flight." (*Id*. (emphasis in original).)

On November 20, 2026, Petitioner filed a Motion to Enforce Judgment ("Motion"). (Doc. 11.) In the Motion, Petitioner claims that his bond hearing on October 1, 2026 failed

to comply "with the specific evidentiary burden and individualized process required by this Court's Order." (*Id.* at 1.)

Respondents **SHALL** file a written response to the Motion on or before **December 1, 2026**. Along with their written response, Respondents shall file any and all records bearing on Respondents' contentions. Petitioner **SHALL** file a reply on or before **December 8, 2026**.

**IT IS SO ORDERED**.

DATE: November 23, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE